IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 11-00005-KD-N |
| | ) | |
| JOHNNY CORLEY, | ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b) and dated April 6, 2011, is hereby **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Government's Petition to Enforce IRS Summons (Doc. 1) is **GRANTED** and that the Defendant's Motion to Quash the Summons (Doc. 5) is **DENIED** as **MOOT**. It is further **ORDERED** that the interview be held at the IRS Office, Montlimar Drive, Mobile, Alabama, at **10:00 a.m.** on **Tuesday, April 19, 2011,** or at such other time as hereafter may be agreed between the parties.

**DONE** and **ORDERED** this the **14th** day of **April 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1