**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | CIVIL ACTION NO.: 11-00005-KD-N |
| | ) | |
| **JOHNNY CORLEY,** | ) | |
| Defendant. | ) | |

**JUDGMENT**

In conjunction with the Order entered on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Government in the above-styled action.

No costs are taxed.

**DONE** and **ORDERED** this the **14th** day of **April 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**